FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Medical Negilence

**COMPLAINT**

Moran                    171513
(Last Name)              (Identification Number)

Donald
(First Name)             (Middle Name)

East Miss. Correctional Facility
(Institution)
10641 Hwy 80 w
Meridian, MS 39307
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 13 2016

ARTHUR JOHNSTON
BY _____ DEPUTY

V.

E.M.C.F. Medical Dept;

Miss. Dept. of Corr. (MDOC);

and Centurion Et. Al.

and Dr. Abangan
*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:16cv15-HTW-LRA
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?     Yes (X)  No (  )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action: Harrison Co. Adult Detention Center; Health
    Assurance Medical Services

2.  Court (if federal court, name the district; if state court, name the county): Federal Court,
    Southern District,

3.  Docket Number: 1:13-cv-00111-LG-JMR

4.  Name of judge to whom case was assigned: _____

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Dismissed on the ground of Appellant fail to file Brief timely.

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Donald Moran    Prisoner Number: 171513

Address: E. M. C. F.  4 - D - 106

10641 Hwy 80 w

Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Ollie Little _____ is employed as

Health Services Administor    at Esst Miss. Corr.

Facility Medical Dept., 10641 Hwy 80w., Meridian, MS 39307

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                          ADDRESS:

_____       _____

_____       _____

DEFENDANT(S):

NAME:                          ADDRESS:
Miss. Dept. of Correctional
                              _____
Centurion
                              _____
Dr. Abangan                   EMCF Medical Dept, 10641 Hwy 80 w, meridian, MS 39307

_____       _____

_____       _____

2

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( X )   No (   )

B.  Are you presently incarcerated for a parole or probation violation?

Yes (   )   No (   )

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( X )   No (   )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( X )   No (   )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( X )   No (   ), if so, state the results of the procedure: _Most recent one states that_

_this Facility sent MDOC a request for permission to treat me (12-2-15)_

F.  If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes (   )   No (   )

2.  State how your claims were presented (written request, verbal request, request for forms): _N/A_

3.  State the date your claims were presented: _N/A_

4.  State the result of the procedure: _N/A_

3

## STATEMENT OF CLAIM

III.     I was arrested on or about the 21st day of April, 2010 and on the 27th day of April, 2010 I was put on suicide watch for eight (8) days. I was then put on a step down program on D-block E-section cell 113. On the 9th day of May, 2010 after being locked up without any sleep for six (6) days and nights due to medical running out of my Seraquils.

Officer Marcus Thron came to my cell and told me it was my turn to come out for my one (1) Hr. recreation time. I told him not to open my cell cause I've been up all night and day for six (6) consecutive days and nights. I told him that if he opened my cell, I'm going to go up on the top teir and fly out of here. My mind wasn't functioning right and I was notifying this officer of that, in which he refused to acknowledge.

When officer Thron open my cell up anyway, I came out, went up on the top teir and spoke to inmate Brian Bradshaw in cell 238. As I was leaving his cell, something in my mind told me that I didn't belong here in this world anymore. I then jumped of the top teir landing on my feet causing my ankles to break.

This all happen on the 9th day of May, 2010, around 7:30 pm. I was taken to the hospital and upon of being released they (Co. Jail) moved me in the Medical Dept. where the nurses could tend to my injuries. After four (4) months I was moved to D-block F-section, this is a medical unit. I stayed there for sixteen (16) months and then put on a pod for regular inmates, which

4

was on B-block E-section and after nineteen (19) months I was sent to Rakin Co. for three (3) months before coming here to East Mississippi Correctional Facility, being ran by G.E.O., and Health Assurance.

Upon arriving I've put in at least six (6) sick calls approximately within the periods of January 2012 — September 2012, before I was ever seen. I saw Dr. Edwards and he did nothing to help me. I saw him twice more by the end of the year, then he was gone. By the first of the year they had a new doctor Dr. Cruel.

When I saw him, due to he felt surgery was needed on my feet and ankles. He stated that M.D.O.C. had to approve the surgery. I saw Dr. Cruel at least twice more before he did the surgery on the 22nd day of November, 2013. I saw him thrice more for follow up before he quit working here. Then a Dr. Lewis was hired, and I saw him thrice and a week before he left I saw him and told him about the pain and he told me that my feet and ankles are still messed up and need further surgery.

The medical company Centurion took over and I was told that they will not have a foot Dr. or prescribing pain management due to no doctor to handle it. I've been trying to get the finished treatment for my feet and ankles ever since Dr. Lewis left. I've filed numerous Administration Remedy Program grievances pertaining this issue. (A.R.P.s Enclosed).

To this day my feet hurt to the point that walking and working is at times hindered completely. My ankles lock up in which I can't get out of bed cause I

5

Can't put any pressure on them.

## IV.     RELIEF

To have the appropriate surgery done to my feet and ankles; and to have my Neurotins re-scribed due to the nerve damage in my feet and ankles. Also $75,000⁰⁰ for pain and sufferage and $75,000⁰⁰ for mental anguish.

Signed this 4th day of January 2016.

Donald Mann

Address:   EMCF 4-D-106
           10641 HWY 80 W
           Meridian, MS 39307

I declare under penalty of perjury that the foregoing is true and correct.

1-4-16
DATE

Donald Mann

Signature

6

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

PERSONALLY APPEARED BEFORE
ME, the undersigned authority in and for
said jurisdiction, the within named Petitioner,
who, after being first duly sworn by me,
stated on oath that the statement(s) set
in the above and foregoing are true and
correct as therein stated.

SWORN TO AND SUBSCRIBED
before me, this the 5 day of January, 2016.

Donald Mann
PETITIONER

1/13/18
COMMISSION EXPIRES

Myl Braxton
NOTARY PUBLIC

STATE OF MISSISSIPPI
Marylin Braxton
No. 107855
Comm Expires
January 13, 2018
LAUDERDALE COUNTY
NOTARY PUBLIC

# CERTIFICATE OF SERVICE

This is to certify that I have this date, caused to be mailed, via U.S. Mail, postage paid, a true and correct copy of the above and foregoing Document(s) to:

EMCF Medical Dept.
℅ Ollie Little
10641 Hwy 80 w
Meridian, MS 39307

M.D.O.C.
633 N STATE STREET
JACKSON, MS 39202

Centurion HealTH
care, 1593 Springhill RD.
ste. 600 Vienna,
Virgina, 22182

EMCF Medical Dept.
℅ Dr. Abangan
10641 Hwy 80 w
Meridian, MS 39307

SO CERTIFIED, this the 4th day of January , 20 16 .

Donald Men /1715/3
PETITIONER/MDoc#
10641 Hwy 80 w
Address
Meridian, MS 39307
Address



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

Superintendent
Mississippi State Penitentiary

Post Office Box 1057
Parchman, Mississippi 38738
(662)745-6611

December 18, 2015

Inmate: Donald Moran #171513  4D 106

RE:    Your Request for Administrative Remedy
       EMCF 15-2263

I am in receipt of your recent request for Administrative Remedy concerning your request for the treatment of your feet. Medical is waiting for MDOC to respond to their request to further treat you.

It has been noted that you have previously submitted an ARP concerning the same issue, which is closed. Once the ARP has closed, you cannot re-file that same complaint, nor will it be re-opened.

Therefore, since this matter has already been accepted and closed, this particular request is being returned to you and will not be processed.

Sincerely,

Mary Dempsey

Mary Dempsey, ARP Coordinator
Administrative Remedy Program

Pc:    Inmate File

A.R.P.

This Is A Administrative Remedy Request

Donald Moran 171513

V.

12/14/15

M.D.O.C., et al

RE: <u>Medical Treatment</u>
     <u>On Feet</u>

On or about 11-22-13, Dr. Cruel did surgery on both of my feet due to jumping off the top tier. He quitted for Health Assurance after seeing him only three (3) times. A Dr. Lewis was hired and I seen him three times and he notify me that my feet were still damage.

He soon quitted and then Centorian took over E.M.C.F.'s Medical Dept. I have sent in several Medical Request Forms (M.R.F.) complaining about the severe pain in my feet. How it gets hard to walk cause they will lock-up so I can't even step on them.

I was given the run-around for so long, that on 11-8-15 I filed an A.R.P. on E.M.C.F.'s Medical Dept.. (A.R.P. Enclosed) Their first response was that they contacted you for a consultation and that's why they needed to take X-rays. Also that they are waiting <u>Your</u> final decission on what to do. (First Step Enclosed)

I responded back and their Second Step Response was

that they sent out to MDOC a request for evaluation but I (Dr. Abansan) have not received any reply yet. I have waited twelve (12) days for a response.

## Relief Sought

To set appropriate medical treatment on my feet. To receive pain medication for the pain till treatment is performed. Diagnosed for orthorpedic shoes.

Donald Moran

Inmate Signature

12 / 15 / 15

Today's Date

Donald Moran 171513
EMCF 4-D-106
10641 Hwy 80 w
Meridian, ms 39307

East Mississippi Correctional Facility

## ARP
## THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Donald Moran
Inmate Name

171513
MDOC#

4-D-106
Housing Unit

Date of Incident:   11-22-13
Time of Incident:   On going
Place of Incident:   E.M.C.F.
Alleged complaint:   on centorian medical

After the surgery was done on my feet by DR. Cruel on 11-22-13, I got to see him 3 times for follow up on my feet then he quite working for health assurance that was here at that time, then they got DR. Lewis a new Foot DR. I seen him 3 times and he told me my feet are messed up still then he quite. that's when centorian medical took over and sence then I've been denied medical treatment on my feet they don't want to give me anything worth takeing for pain I go threw and I was told they will not have another foot DR. at all. I also been trying to get some orthopedic shoes for my feet. I go threw alot of pain and I know there's something else a good DR. can do to fix my feet so I want have a hard time walking.

Relief Requested:

the relief I seek is to get medical treatment on my feet by a foot DR. thats good and to help me over come some of the pain I have in my feet, this is a ongoing problem I have. theres alot of pain and suffering I go threw with my feet. I Just want to get'em fixed.

Donald Moran
Inmate Signature

11-8-15
Today's Date

Revision No:   3    Issue Date:   8/2012

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP-2

NUMBER _FMCF_ - _15_ - _2263_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Donald Mulan_ _171513_ _FMCF_
<br>Inmate's Name and DOC#  Housing Unit

FROM: _W R Little_ _Medical_
<br>Person to whom 1st Step is Directed  Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

We requested a consultation for you from MDOC
which is why we needed to do another X-Ray.
We are awaiting the final decision of MDOC on
how to move forward.

_O.M.L_ HSA                            _11-24-15_
<br>Signature                                        Date

(x) I am not satisfied with this response and wish to proceed to Step Two.
<br>REASON:

Want to proceed with complete steps of ARP to insure that I
will be attended to and if not I'll be able to proceed to a 1983 suit.
or request in writing to be granted permission to hold here on step one but allow
to reopen if medical doesn't follow through

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Donald Mulan_ _171513_                      _12/1/15_
<br>Inmate's Signature        DOC#                              Date

**Inmate's - COPY**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 15-2263
## Second Step Response Form

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #:**Donald Moran #171513**
Location:  **EMCF**

From: **Dr. Abangan**
Title: **Doctor**

---

We have sent out to MDOC a request for eval but I have not recieved any replay yet

_____
Signature

_____
Date   12-2-15

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____        _____

Inmate's Signature DOC # Date

**East Mississippi Correctional Facility**

# Inmate Request Form

**Inmate Name:** Donald moran     **MDOC #:** 171513

**Housing Assignment:** 4-D-106

**Date:** 12-7-15

| | | |
|---|---|---|
| _____ Warden | _____ Education | 🖋 Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | _____ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | XX KiTcHen |

**Inmate Request:**

The Reall ~~Reson~~ Reason I stoped working in the Kitchen
ms. Jones my feet and ankLes was hurting me very
BaDLy. But I did work 92 day's for ya'll before I
had to stop.
     you Have A BlesseD Day ms. Jones!!!

**Official Use Only:**

_____

Departmental Signature

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 15-2074
## Second Step Response Form

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #: **Donald Moran #171513**
Location: **EMCF**

From: **Dr. Abangan**
Title: **Doctor**

_____

Neurontin was ordered
by Mr. Dunn + was
discontinued 9-21-15

_____        _____
          Signature                              10-26-15
                                                  Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____        _____
Inmate's Signature DOC # Date

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP-2

NUMBER _EMCF_ - _15_ - _3074_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Donald Moran   M513_     _EMCF_

Inmate's Name and DOC#     Housing Unit

FROM: _ME Little_     _EMCF_

Person to whom 1st Step is Directed     Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_I will refer you to Dr Abangan for pain treatment._
_As for the medication changes by FNP Dunn, I cannot_
_interfere with the orders of a provider._

_D___ HSN_     _10-22-15_

Signature     Date

(X) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

_I am not satisfied with your response cause Dunn did not_
_change nothing she stoped Newrontin that worked good for me on my_
_mood disorder I have_

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Donald Moran   M513_     _10-25-15_

Inmate's Signature    DOC#     Date

**Inmate's - COPY**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP-2

NUMBER _EMCF_ - _14_ - _2104_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Donald morgan_        _171513_        _EMCF_
  Inmate's Name and DOC#                    Housing Unit

FROM: _MR Little_                           _EMCF_
  Person to whom 1st Step is Directed        Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_I cannot dictate which medications Dr Bhangan orders. At this step there is no other relief I can provide._

_O-Little_                          _10-2-14_
  Signature                           Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
  REASON:

_I DO HAVE NERVE DAMAGE IN MY Feet & I KNOW BECAUSE THE FOOT DR - DR. CRUE' TOLD ME SO. AND YALL HAVE RECORDS ON MY Feet!_

( ) I wish to cancel this complaint. You do not have to return this and time limit will cancel complaint.

_Donald morgan_      _171513_          _10-14-14_
Inmate's Signature    DOC#                      Date

**Inmate's - COPY**



# East Mississippi Correctional Facility

## ARP
# THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

DONALD MORAN _____ 17513 _____ 4-D-106
Inmate Name _____ MDOC# _____ Housing Unit

RECEIVED
SEP 2014

Date of Incident: 8-4-14
Time of Incident: 10:00 AM
Place of Incident: MEDICAL UNIT
Alleged complaint: IT'S ABOUT DR. ROLAND ABANGAN

I WENT TO SEE DR. ABANGAN ABOUT THE PAIN I'M STILL HAVING IN MY FEET AND ANKLES AFTER SURGERY THAT WAS DONE ON MY FEET NOV. 22 ND. 2013 AND I ASK HIM TO PUT ME ON NUROTIN 1,600 mg's A B DAY LIKE I WAS GETTING IN THE FREE WORLD FROM MY PAIN MANAGEMENT DR. WU ON THE COAST AND DR. ABANGAN TOLD ME HE WILL NOT GIVE ME ANY THING FOR THE PAIN IN MY FEET AND ANKLES

Relief Requested: ALL I'M ASKING FOR IS FOR MEDICAL TO PUT ME ON THE PAIN MEDS. I WAS GETTING WE I WAS IN THE FREE WORLD AND IF THE MEDICAL DR WILL NOT HELP ME I'LL TAKE THIS TO THE NEXT LEVEL STEP 2
THANKS AND HAVE A BLESSED DAY !!!

Donald Moran _____ 8-6-14
Inmate Signature _____ Today's Date

H:\ARP Form--2012.doc

Revision No:   3   Issue Date:   8/2012

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP-2

NUMBER _FAKF_ - _15_ - _124_

## FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _Donald Morgan_ _171513_ _FAKF_
Inmate's Name and DOC#              Housing Unit

FROM: _MR Little_ _Medical_
Person to whom 1st Step is Directed          Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

Records indicate 1-28-15 you were seen by Dr. Lewis and he ordered X-Rays. He will follow up and base his decisions on the results and his follow up exam. Please remain patient while Dr. Lewis determines your needs.

_____ MSA

_2-10-15_
Signature                                          Date

( ✓ ) I am not satisfied with this response and wish to proceed to Step Two.
REASON:

I Also Requested To get some special shoes For my Feet.

( ) I wish to cancel this complaint.  You do not have to return this and time limit will cancel complaint.

_Donald Morgan_ _171513_ _2-12-15_
Inmate's Signature    DOC#                    Date

**Inmate's - COPY**

IN THE U.S. DISTRICT COURT
OF JACKSON , MISSISSIPPI

Donald Moran                          PETITIONER

V.                                    CAUSE NO._____

E.M.C.F Medical Dept.,                DEFENDANT(S)
M.D.O.C., Centurion
Et. Al.

## NOTICE OF MOTION(S)

COMES NOW, the Petitioner, Pro Se,
Donald Moran , in the above styled and numbered
cause and would bring forth for hearing this his
Motion For 1983 Lawsuit , to be heard at
a time and place to be set by this Honorable Court.
This the 4th day of January , 2016 .

Respectfully Submitted,
Petitioner: Donald Moran
Address: EMCF 4-D-106
10641 Hwy 80 w
Meridian, MS 39307